UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** DEC 12 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Juan Ramon Gutierrez-Moran,

        Defendant.

Case No. 18cr4926-LAB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [ ] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- [ ] the Court has dismissed the case for unnecessary delay; or
- [x] the Court has granted the motion of the Government for dismissal, without prejudice; or
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or
- [ ] a jury has been waived, and the Court has found the defendant not guilty; or
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [x] of the offense(s) as charged in the Information:

    18:1546(a)

Dated: 12/11/2018

Hon. Linda Lopez
United States Magistrate Judge